

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00431-CV

| | | |
|---|---|---|
| CITY OF HIGHLAND VILLAGE, TEXAS, Appellant | § | On Appeal from the 481st District Court |
| | § | of Denton County (24-1506-481) |
| V. | § | February 13, 2025 |
| TYLER DEINES AND DOROTHY PALUMBO, Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees Tyler Deines and Dorothy Palumbo shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel